

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-26-00262-CV

———————————————————

IN RE B.B. AND N.B., Relators

———

Original Proceeding
393rd District Court of Denton County, Texas
Trial Court No. 25-13286-393

———

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and motion for emergency stay and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus and motion for emergency stay are denied. We lift our April 29, 2026 stay of all trial court proceedings.

Per Curiam

Delivered: May 12, 2026